1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorney for Plaintiff
6

7                      IN THE UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10  | UNITED STATES OF AMERICA, | CASE NO.  1:13-CR- 00356  LJO  SKO |
    |---|---|
11  | Plaintiff, | JOINT STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER |
12  | v. | |
13  | CURTIS WHITE, | |
14  | Defendants. | |

15

16         IT IS HEREBY STIPULATED by and between the parties and through their respective

17  attorneys of record that the sentencing hearing scheduled in this matter should be continued to

18  August 18, 2014, at 8:30 a.m. due to the unavailability of government counsel on August 11, 2014.

19         IT IS SO STIPULATED.

20                                                BENJAMIN B. WAGNER
                                                  United States Attorney's Office
21

22  DATED: August 7, 2014              /s/ Melanie L. Alsworth
                                       MELANIE L. ALSWORTH
23                                     Assistant United States Attorney

24
    DATED: August 7, 2014              /s/ Janet Bateman
25                                     JANET BATEMAN
                                       Attorney for Defendant
26

27

28
                                              1

**ORDER**

The sentencing is continued out one week from August 11, 2014.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **August 7, 2014** | **/s/ Lawrence J. O'Neill** <br> UNITED STATES DISTRICT JUDGE |

2