BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS WHITE, and<br>LUIS FLORES,<br><br>Defendants. | CASE NO. 1:13-CR-00356-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 1, 2014 and September 23, 2014, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendants Curtis White and Luis Flores, in the following property:

    a. a Ruger, Model Security Six, .357 magnum caliber revolver;

    b. all ammunition seized in this case.

AND WHEREAS, beginning on July 31, 2014 and again on October 22, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

FINAL ORDER OF FORFEITURE     1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Curtis White and Luis Flores.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service or the Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 5, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE