DARRYL YOUNG #255894
Attorney at Law
Law Offices of Darryl E. Young, P.C.
806 West 19th Street,
Merced, California 95340
Telephone: 209.354.3500
Facsimile:  209.354.3502
Email: Darrylyounglaw@gmail.com

Attorney for Defendant
Curtis White

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS WHITE,<br><br>　　　　Defendant. | 1:13-CR-0356 LJO<br><br>ORDER CONTINUING SENTENCING DATE FROM APRIL 29, 2019 at 8:30 a.m. TO JUNE 3, 2019 AT 8:30 a.m. |

Good cause appearing, it is hereby ordered that the sentencing hearing of CURTIS WHITE, previously scheduled for April 29, 2019 at 8:30 a.m., be continued to June 3, 2019 at 8:30 a.m.  Defendant is ordered to continue to comply with all previously ordered conditions of supervised release.  Defendant is ordered to appear June 3, 2019 at 8:30 a.m. for sentencing hearing.

IT IS SO ORDERED.

　　Dated: **April 15, 2019**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE