# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>Chief United States District Judge<br>Fresno, California | **RE:** **Curtis White**<br>**Docket Number:  0972 1:13CR00356-2**<br><u>**REQUEST FOR STATUS HEARING**</u> |

Your Honor:

On March 27, 2019, a Prob 12C Petition for Summons was filed detailing the offender's failure to participate in drug testing, failure to participate in cognitive behavioral treatment, unlawful use of a controlled substance, and his unauthorized/excessive use of alcohol.  On April 16, 2019, Mr. White began a six-month inpatient treatment program through the Salvation Army Adult Rehabilitation Center (ARC).  On June 3, 2019, sentencing was continued to October 21, 2019, in order to determine his performance in rehabilitative services.

Since the last Court hearing, Mr. White was transferred to the Wellspace Health Residential facility due to complications with physical injuries and an inability to continue work therapy at the ARC program.  On July 20, 2019, he was provided a day-pass due to a death in his family.  On this same date, he returned to the program and provided a breathalyzer test which returned positive for .008% BAC.  Despite his relapse, the treatment provider is willing to continue services and has developed a plan which includes a blackout period until his discharge date.

This continued non-compliance represents uncharged conduct.  However, the undersigned is requesting a status hearing before Your Honor, on August 12, 2019, at 8:30 AM to address this recent behavior.  Should the Court agree with our request, the undersigned will contact Mr. White and all parties to advise of the new Court date.

Respectfully submitted,

*/s/ Molly R. McSorley*

**Molly R. McSorley**
**United States Probation Officer**

Dated:    August 6, 2019
             Modesto, California

**RE:** Curtis White
Docket Number: 0972 1:13CR00356-2
<u>**REQUEST FOR STATUS HEARING**</u>

**REVIEWED BY:** *Laura Weigel*
**Laura Weigel**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

☒ Matter placed on calendar before the Honorable Lawrence J. O'Neill for a Status Hearing on August 12, 2019, at 8:30 AM.

IT IS SO ORDERED.

Dated: **August 6, 2019**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

cc:   Katherine Schuh
      Assistant United States Attorney

      Darryl Young
      Defense Counsel